ORIGINAL

FILED

09/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0430

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0430

IN THE MATTER OF:

S.M.D.

FILED

SEP 27 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Respondent and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 26, 2022, to prepare, file, and serve the Appellant's opening brief.

Dated this 27th days of September, 2022.

Bowen Greenwood, Clerk